IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,    )
                             )
v.                           )   CASE NO. CR417-208
                             )
RON BERNARD ALLEN,           )
                             )
    Defendant.                )
                             )

O R D E R

Before the Court is the Government's Motion for Clarification. (Doc. 802.) In its motion, the Government requests clarification of the Court's order denying Defendant Ron Bernard Allen's Motion for Compassionate Release. (Id. at 1.) The Government, in contrast to its response to Defendant's motion for compassionate release, now states that Defendant's hypertension "might" qualify as an extraordinary and compelling reason justifying compassionate release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13. (Id. at 5.) After careful consideration of Defendant's motion and the Government's motion for clarification, the Court sees no reason to disturb its prior order. Accordingly, the Government's motion (Doc. 802) is **DENIED.**

SO ORDERED this 3RD day of August 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA